IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THOMAS EDWARD CARR, JR., | ) |
| | ) |
| v. | )    3:11-cv-0805 |
| | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security.[1] | ) ) |

**O R D E R**

Before the Court is the Report and Recommendation of Magistrate Judge Griffin in which she recommends the Plaintiff's Motion for Judgment on the Administrative Record be granted to the extent that the case should be remanded to the Administrative Law Judge. No objections have been filed.

The Court has read and considered the Report and finds the same to be correct in fact and law. The Report and Recommendation is adopted by this Court.

For the reasons set forth in the Report and Recommendation, the Plaintiff's Motion for Judgment on the Administrative Record, Document #11, is **GRANTED to the extent that the case should be REMANDED for the Administrative Law Judge to determine whether the Plaintiff failed to follow prescribed treatment under the guidelines of 20 C.F.R. § 404.1530 and Social Security Ruling 82-59.** This case is **DISMISSED**.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is substituted for former Commissioner Michael J. Astrue as the defendant in this suit.